WILLIAM C. STONEMAN v. VERNON V. SMYTH AND ANOTHER.[1]

November 3, 1922.

No. 22,952.

**Case followed.**

Action in the district court for Ramsey county to recover $12,000 for loss of services and companionship of plaintiff's wife resulting from injuries received by her in an automobile accident. The case was tried before Hanft, J., who when plaintiff rested denied defendants' motion to dismiss and at the close of the testimony defendants' motion for a directed verdict, and a jury which returned a verdict for $825. Defendants' motion for judgment notwithstanding the verdict was denied. From the judgment entered pursuant to the verdict, Vernon V. Smyth appealed. From the judgment in favor of defendant Washburn-Crosby Company for costs, William C. Stoneman appealed. Affirmed as to Smyth; reversed as to Washburn-Crosby Company.

*A. A. Tenner,* for Vernon V. Smyth.

*Sanborn, Graves & Ordway,* for respondents.

PER CURIAM.

This is a companion case to that of Lillian M. Stoneman against the same defendants, supra, page 331. It was submitted upon the record therein, and the same disposition must follow, viz.:

The judgment against the defendant and appellant Smyth is affirmed and the judgment in favor of the defendant and respondent Washburn-Crosby Company is reversed, and the cause is remitted with direction to the court below to enter judgment upon the verdict rendered against said respondent.

[1]Reported in 190 N. W. 607.